In The Court Of Appeals
Seventh District of Texas.


FILED
MAY 01 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Case No. 07-15-00050-CV

Kenneth Glenn Webb
Relator

Judge William Smith
Cecil Biggers
Respondants

Relators Answer to Respondant Biggers
Origional Response

Comes now Kenneth G. Webb Relator
in the above number case, and Files his
Response to Mr Biggers Pleading.

Mr Biggers First asserts that Judge Smith
has nothing befor him in the 84th Judical
District Court to Rule On. This is not true.
( All Exb's mentioned herein refer to Relators
Origional Mandamus Petition) See Exb 7 pages
1,2,3 being the 84th Court Dockit Book.

page 1

In the same paragraph Mr Biggers States That Judge Smith has offered to hear RELATORS Motions, that Mr Biggers said does not exist. Once Relator is released from Prison.

This is true, Judge Smith did write Relater informing him he will not Rule till Relator is released from prison Exb 7 page 12,13

This would be the reason Relater is seeking relief through the 7th Court of Appeals in the form of the writ of Mandamus.

There is no one else involved in this probate case. The Origional Filer of the child support lein has passed away. The children now in there 50's can not be found and there are no Legitimate claims not any claims at all on the Rells Leon Easley Estate. To which Relator Webb is sole heir

Page 2.

Mr Biggers stated in informed Relator Concerning his ProSe Motions He states anything that relator files will be sent to him (Biggers) and that any motion Relator Files will be disregarded Exb. 4 pgs page 16

However Mr Biggers also says he does not represent Relator Webb Exb 4 page 19. So why would the Court disregard Relators Motions to Void the child support lein and refer all Motions to Mr Biggers who Futher stated that the lein is a final Judgement and all real property is attached as he did in Exb 4 pg.18

When in fact, there is no-one claiming the child support lein still Valid. no other claim-ants on the lein can be found Time has expired and Relator has ben attempting to challange the Validity of the child support Lein itself Since 2009 in More County and Hansford County

Again a reason for Relators Request For the mandamus, as Motions concerning These are and have been befor the 84th Judicial District Court Since 2009

Page 3

Mr Biggers is corect that Relater has ben trying, through Letters to Mr Biggers, Lou Walker and the court to settle this Probate case. filing a final inventory and aprasement of the remaining assets. Including the 13,232.54 that Mr Biggers asserts he put into his trust acount. NOT The Estates Exb 4 pg 7 witch is from the sale of Homestead property that did not have a lein Exb 6 pages 12, 19, 23A 23B for 20,000.00 signed off by the Court Of Hansford County and Mr Biggers and Lou Walker each paid for their Role in the sale

Nothing has actively been persued nor accomplished since this no motions no papers no pleadings to resolve this probate case has ben filed by Mr. Biggers. The Fact that he pretends to still represent the Estate of R.L. Easley, and not Relater Webb, Who owns the Estate, is a Farce. And has been abandoned by Mr Biggers.

Page. 4

Finally, Mr Bigger Claims that Relators Motions for Writ of Mandamos consists of his own opinions and conclusions. This is True, because the 84th Court has not Ruled on his Motions. ~~with~~ Which As Mr Biggers so kindly pointed out in his Final sentence; can-not be addressed without Proper notice, hearing and Ruleing

Proper Notice's have ben filed since 2009 It is the hearing and Ruleings on the's Motion's Relator is seaking From the Seventh Court Of Appeals

Wherefor, For Good Cause shown Please File and Consider Relators Response Submitted this 4-25-2015

Respectfully
Kenneth D Stuhl.

# Certificate Of Service

I Kenneth Glenn Webb Do here By Certify that a complete true and corect copy of This Document : Letter to the Court Clerk Ms Vivian Long 7th Court Of Appeals Of Texas Consisting of 8 pages has this day 25 of April 2015 to Respondants

Cecil R. Biggers
Attorney At Law
P. O. Box 32
Spearman TX 79081
* Delivered by U.S. Mail

Honorable W. D. Smith
Judge 84th District Ct.
500 main St. Ste 303
Stinnett TX 79083
* Delivered by U.S. Mail

By U.S. Mail, Logged as Legal mail by the John B. Connally Unit.; TDCJ-ID on this Day 26th of April 2015

Kenneth G. Webb
TDC.# 1454974
899 FM 632
Kenedy TX 78119

#1454974
Kenneth Webb
899 Fm 632
Kenedy Tx 78119

SAN ANTONIO TX 782
RIO GRANDE DISTRIC
27 APR 2015 PM 3 L

Att: Vivian Long Clerk.
Court Of Appeals
Seventh District of texas
P.O. Box 9540
Amarillo Tx 79105-9540